IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

STEVE A. BOSTWICK,  Civil Action No.: _____

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,
a corporation,

Defendant.

---

## COMPLAINT AND JURY DEMAND

---

Plaintiff Steve A. Bostwick, through his counsel, Bremseth Law Firm and Spies, Powers & Robinson, P.C., for his Complaint states as follows:

### I.

The jurisdiction of this Court is founded upon Title 45, Sections 1-60 of the United States Code, commonly referred to and known as the Federal Employers' Liability Act of the United States.

### II.

Plaintiff, at all times material hereto, was a citizen of the state of Colorado, residing in Littleton.

### III.

Defendant Union Pacific Railroad Company ("UP"), at all times material hereto was a corporation duly organized, created and existing under and by virtue of one of the laws of the states of the United States, and as such was engaged in the business of owning, maintaining and operating a line and system of railroad which extended in part through the state of Colorado.

### IV.

That at all times material hereto, UP was a common carrier engaged in interstate transportation and commerce and plaintiff, at the time of his injury was employed by UP as its

servant and employee and working in interstate transportation and commerce which closely, substantially and directly affected the interstate commerce carried on by UP.

V.

That over the course of his lengthy career as a locomotive conductor with defendant, plaintiff has been subjected to excessive repetitive stress and cumulative trauma which has caused chronic and permanent injuries to his spine, due to the negligence of defendant.

VI.

That UP, by and through its agents and employees, was negligent and careless, and that these actions violated the Federal Employers' Liability Act, Locomotive Inspection Act, federal Railroad Administration Regulations and other safety statutes and regulations enacted pursuant to law for the protection of railroad employees, and that said actions and/or omissions were responsible for plaintiff's injuries.

VII.

That as a result of UP's conduct, and that of its agents and employees, plaintiff received the injuries indicated with resultant total disability for a period of time, permanent partial disability, pain, suffering and anxiety, all of which are a continuing and permanent condition, together with the diminution of his earnings capacity and partial loss of his enjoyment of life to his general damage in an amount yet to be determined.

VIII.

That as a result of UP's conduct, and that of its agents and employees, plaintiff has incurred wage loss and medical expenses, both of which are continuing in nature together with other special losses to his additional damage in an amount yet to be determined.

IX.

**WHEREFORE**, plaintiff prays judgment against defendant, for the general and specific damages, in an amount according to proof, together with costs and disbursements herein.

**PLAINTIFF DEMANDS A TRIAL BY JURY OF SIX (6).**

Respectfully submitted this ___9th___ day of March, 2007.

                             BREMSETH LAW FIRM, P.C.

                             By_____
                             Fredric A. Bremseth
                             Keith E. Ekstrom
601 Carlson Parkway, Suite 995
Minnetonka, Minnesota 55305
(952) 475-2800
fbremseth@bremseth.com
kekstrom@bremseth.com

And

SPIES, POWERS & ROBINSON, P.C.
Jack D. Robinson, #22037
1660 Lincoln Street, Suite 2220
Denver, Colorado 80264
303-830-7090
robinson@sprlaw.net

Attorneys for Plaintiff