# 07 - CV - 0 0551

Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX000096
Cashier ID: sg
Transaction Date: 03/20/2007
Payer Name: BREMSETH LAW FIRM

CIVIL FILING FEE
 For: BREMSETH LAW FIRM
 Amount:      $350.00

CHECK
 Check/Money Order Num: 34151
 Amt Tendered:  $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-CV-00551

A fee of $45.00 will be assessed on any returned check.