**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-551-RPM-BNB

---

STEVE A. BOSTWICK,

                              Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

                              Defendant.

---

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW the Defendant, Union Pacific Railroad Company ("Union Pacific"), by and through its undersigned attorney, Steven E. Napper, and in answer to the similarly numbered paragraphs in Plaintiff's Complaint, states and alleges as follows:

I. - IV.

Defendant, Union Pacific, hereby admits the allegations contained in Paragraphs I through IV of Plaintiff's Complaint except Defendant denies that the Plaintiff was injured while employed by the Union Pacific.

V. – IX.

Defendant, Union Pacific, hereby denies the allegations contained in Paragraphs V through IX of Plaintiff's Complaint.

### FIRST AFFIRMATIVE DEFENSE

Defendant Union Pacific alleges that the damages, if any, sustained by the Plaintiff were incurred as a result of the sole negligence of the Plaintiff, which bars recovery.

**SECOND AFFIRMATIVE DEFENSE**

Defendant Union Pacific alleges that the Plaintiff was contributorily negligent.

**THIRD AFFIRMATIVE DEFENSE**

Defendant Union Pacific alleges that the Plaintiff may have failed to mitigate his damages, if any.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant alleges that the Plaintiff's injuries may have been merely an aggravation of a pre-existing condition.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant Union Pacific affirmatively states that it is entitled to an offset for any funds the Plaintiff receives from the Railroad Retirement Board pursuant to 45 U.S.C., § 55 and for any advances made by Defendant to Plaintiff pursuant to the terms of the Advance Payment Receipts.

DATED this _____ day of April, 2007.

Respectfully submitted,

  s/ Steven E. Napper
STEVEN E. NAPPER
Attorney for Defendant
Union Pacific Railroad Company
1331 Seventeenth Street, Suite 406
Denver, CO  80202

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on this _____ day of April, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| Email | Name and Address |
|---|---|
| fbremseth@bremseth.com<br>kekstrom@bremseth.com | Fredric A. Bremseth, Esq.<br>Keith E. Ekstrom, Esq.<br>BREMSETH LAW FIRM<br>601 Carlson Parkway, Suite 995<br>Minnetonka, MN 55305<br>952.475.2800 |
| robinson@sprlaw.net | Jack D. Robinson, Esq.<br>SPIES, POWERS & ROBINSON, P.C.<br>1660 Lincoln Street, Suite 2220<br>Denver, CO 80264<br>303.830.7090 |

and I hereby certify that there are no non-CM/ECF participants involved in this case.

                                        s/  Steven E. Napper
                                      Steven E. Napper
                                      UNION PACIFIC RAILROAD COMPANY
                                      1331 Seventeenth Street, Suite 406
                                      Denver, CO 80202
                                      303.964.4579 TEL
                                      303.964.4585 FAX
                                      senapper@up.com

                                      ATTORNEYS FOR DEFENDANT
                                      UNION PACIFIC RAILROAD COMPANY