**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-551-RPM-BNB

STEVE A. BOSTWICK,

                              Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

                              Defendant.

## DEFENDANT'S NOTICE OF CORRECTION

COMES NOW the Defendant, Union Pacific Railroad Company ("Union Pacific"), by and through its undersigned attorney, Steven E. Napper, and files a Notice of Correction. Inadvertently, the Defendant's Answer was filed on April 9, 2007 on behalf of Mark C. Hansen instead of on the behalf of Steven E. Napper.

DATED this 10th day of April, 2007.

                              Respectfully submitted,

                              s/ Steven E. Napper
                              STEVEN E. NAPPER
                              Attorney for Defendant
                              Union Pacific Railroad Company
                              1331 Seventeenth Street, Suite 406
                              Denver, CO  80202

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| Email | Name and Address |
|---|---|
| fbremseth@bremseth.com<br>kekstrom@bremseth.com | Fredric A. Bremseth, Esq.<br>Keith E. Ekstrom, Esq.<br>BREMSETH LAW FIRM<br>601 Carlson Parkway, Suite 995<br>Minnetonka, MN 55305<br>952.475.2800 |
| robinson@sprlaw.net | Jack D. Robinson, Esq.<br>SPIES, POWERS & ROBINSON, P.C.<br>1660 Lincoln Street, Suite 2220<br>Denver, CO 80264<br>303.830.7090 |

and I hereby certify that there are no non-CM/ECF participants involved in this case.

    s/ Steven E. Napper
Steven E. Napper
UNION PACIFIC RAILROAD COMPANY
1331 Seventeenth Street, Suite 406
Denver, CO 80202
303.964.4579 TEL
303.964.4585 FAX
senapper@up.com

ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY

2