**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              June 5, 2007
Courtroom Deputy:  J. Chris Smith
ECR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-00551-RPM

STEVE A BOSTWICK,                                      Fredric A. Bremseth

      Plaintiff,

v.

UNION PACIFIC RAILROAD,                                Steven Napper

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**2:55 p.m.     Court in session.**

Discussion.

**ORDERED:    Scheduling Order approved.**

**3:05 p.m.     Court in recess.**

Hearing concluded.  Total time: 10 min.