IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-551-RPM-BNB

**STEVE A. BOSTWICK**

Plaintiff,

v.

**UNION PACIFIC RAILROAD COMPANY**,
a Utah corporation,

Defendant.

---

### ENTRY OF APPEARANCE
---

Jack D. Robinson, of  Spies, Powers & Robinson, P.C., hereby enters his appearance as additional counsel on behalf of Plaintiff Steve A. Bostwick.  All future filings, mailings, contacts, etc. should be directed to Mr. Robinson's attention at the address and telephone number indicated herein.

Respectfully submitted on June 13, 2007,

        **SPIES, POWERS & ROBINSON, P.C.**

        *s/ Jack D. Robinson*
        _____
        Jack D. Robinson, #22037
        Karen E. Wilcynski, #37190
        1660 Lincoln Street, Suite 2220
        Denver, Colorado  80264
        Telephone: (303) 830-7090
        Facsimile:  (303) 830-7089

**CERTIFICATE OF MAILING**

      I hereby certify that on June 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven E. Napper
Union Pacific Railroad Company
1331 Seventeenth Street, Suite 406
Denver, CO  80202

                                    *s/  Tamara Cover*
                                    _____