IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-551-RPM-BNB

STEVE A. BOSTWICK,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

**UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES**

Defendant Union Pacific Railroad Company ("Union Pacific") moves the Court for an order amending the scheduling order to extend discovery deadlines for 90 days.  As grounds therefor, Union Pacific states:

1.      The Court approved the Scheduling Order on June 5, 2007.  Part 7, "Case Plan and Schedule," contains the following deadlines:

(1)     Discovery to be completed on or before November 30, 2007.

(2)     Dispositive motions to be filed on or before December 28, 2007.

(3)     The parties shall designate all experts and provide Fed. R. Civ. P. 26(a)(2) information on or before September 14, 2007.

(4)     The parties shall designate all rebuttal experts and provide all Fed. R. Civ. P. 26(a)(2) on or before October 12, 2007.

2.      The parties have been cooperating with discovery.  Interrogatories and requests for production of documents have been exchanged.  Plaintiff's deposition has been taken.

3.      To the present time, Plaintiff has not missed any work due to his claimed injuries.  However, he is being evaluated for possible surgery on his cervical spine. Until a decision is made as to whether Plaintiff will undergo such surgery, the parties cannot evaluate the case for settlement.  Additionally, if surgery is done, it will be several months before the extent of Plaintiff's recovery is known.

4.      Additionally, Plaintiff suffers from chronic myeloid leukemia.  This disease can complicate the surgery.

5.      Before the parties can evaluate this case for settlement, they need to know if the Plaintiff is going to have neck surgery and how it turns out.  Depending on whether the Plaintiff has surgery, and how his chronic myeloid leukemia progresses, Plaintiff may or may not be able to return to work for Union Pacific.  If Plaintiff is unable to return to work for Union Pacific, the parties need to know that and be able to assess what type of alternative employment Plaintiff can engage in.

6.      The parties wish to avoid the unnecessary expense of hiring numerous expert witnesses until they can evaluate the possibilities of settlement in this case.

7.      Undersigned counsel for Union Pacific has talked with Fredric Bremseth and Keith Ekstrom, attorneys for the Plaintiff.  They concur in and join in this Motion to extend the deadlines.

2

8.     The parties request that the Court enter an Order extending the deadlines

as follows:

      (1)     Discovery to be completed on or before February 27, 2008.

      (2)     Dispositive motions to be filed on or before March 28, 2008.

      (3)     The parties shall designate all experts and provide Fed. R.

              Civ. P. 26(a)(2) information on or before December 14, 2007.

      (4)     The parties shall designate all rebuttal experts and provide Fed. R.

              Civ. P. 26(a)(2) information on or before January 14, 2008.

9.     A proposed Order accompanies this Motion.

WHEREFORE, good cause having been shown, Union Pacific requests that the

Court grant this Unopposed Motion, and extend the discovery deadlines as set forth

herein.

DATED this 24th day of August, 2007.

                      Respectfully submitted,


                      s/ Steven E. Napper
                      STEVEN E. NAPPER
                      Attorney for Defendant
                      Union Pacific Railroad Company
                      1331 Seventeenth Street, Suite 406
                      Denver, CO  80202

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the  following email addresses:

| email | Name and Address |
|---|---|
| fbremseth@bremseth.com<br>kekstrom@bremseth.com | Fredric A. Bremseth, Esq.<br>Keith E. Ekstrom, Esq.<br>BREMSETH LAW FIRM<br>601 Carlson Parkway, Suite 995<br>Minnetonka, MN 55305<br>952.475.2800 |
| robinson@sprlaw.net | Jack D. Robinson, Esq.<br>SPIES, POWERS & ROBINSON, P.C.<br>1660 Lincoln Street, Suite 2220<br>Denver, CO 80264<br>303.830.7090 |

and I hereby certify that there are no non-CM/ECF participants involved in this case.

 s/  Steven E. Napper

Steven E. Napper
UNION PACIFIC RAILROAD COMPANY
1331 Seventeenth Street, Suite 406
Denver, CO 80202
303.964.4579 TEL
303.964.4585 FAX
senapper@up.com

ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY