**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

STEVE A. BOSTWICK,　　　　　　　　　　　　Civil Action No. 07 cv 551-RPM-BNB

　　　　Plaintiff,

　v.

UNION PACIFIC RAILROAD COMPANY,

　　　　Defendant.

_____

**NOTICE OF SETTLEMENT**
_____

TO THE COURT AND ALL INTERESTED PARTIES:

　　　　PLEASE TAKE NOTICE that the parties have settled this case on November 26, 2007. The case is not currently set for trial. The parties will provide a form of Dismissal With Prejudice and proposed Order to the Court when the agreed-upon settlement documents have been executed by the parties.

　　　　　　　　　　　　　　　　　　　　　BREMSETH LAW FIRM, P.C.

Dated: November 28, 2007　　　　　　　By:　/s Fredric A. Bremseth
　　　　　　　　　　　　　　　　　　　　　　　Fredric A. Bremseth (#11149)
　　　　　　　　　　　　　　　　　　　　　　　Keith E. Ekstrom (#181808)
　　　　　　　　　　　　　　　　　　　　601 Carlson Parkway, Suite 995
　　　　　　　　　　　　　　　　　　　　Minnetonka, Minnesota 55305
　　　　　　　　　　　　　　　　　　　　(952) 475-2800

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff