**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07cv551-RPM-BNB

STEVE A. BOSTWICK,

   Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of November, 2007, I electronically filed a NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| mchansen@up.com | Mark C. Hansen<br>Union Pacific Railroad Company<br>1331 17th Street, Suite 406<br>Denver, Colorado 80202 |
| fbremseth@bremseth.com | Fredric A. Bremseth<br>Bremseth Law Firm<br>601 Carlson Parkway, Suite 995<br>Minnetonka, Minnesota 55305 |
| Robinson@sprylaw.net | Jack D. Robinson<br>Spies, Powers & Robinson, P.C.<br>1660 Lincoln Street, Suite 2220<br>Denver, Colorado 80264 |

  I certify that there are no non-CM/ECF participants in this case.

            BREMSETH LAW FIRM


            By: /s Fredric A. Bremseth