IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-551-RPM-BNB

STEVE A. BOSTWICK,

                               Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                               Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, acting by and through their attorneys of record, that the above-entitled action and Complaint shall be dismissed with prejudice, each party to pay his or its own costs, and that the Court may enter an order in accordance with this Stipulation upon application of either party without further notice.

DATED this 16th day of January, 2008.

| BREMSETH LAW FIRM, P.C. | UNION PACIFIC RAILROAD COMPANY |
|---|---|
| By  s/ Fredric A. Bremseth | By  s/ Steven E. Napper |
| FREDRIC A. BREMSETH | STEVEN E. NAPPER |
| Attorney for the Plaintiff | Attorney for Defendant Union Pacific |
| 601 Carlson Parkway, Suite 995 | 1331 17th St., Suite 406 |
| Minnetonka, MN  55305 | Denver, CO  80202 |
| (952) 475-2800 | (303) 964-4575 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| email | Name and Address |
|---|---|
| fbremseth@bremseth.com<br>kekstrom@bremseth.com | Fredric A. Bremseth, Esq.<br>Keith E. Ekstrom, Esq.<br>BREMSETH LAW FIRM<br>601 Carlson Parkway, Suite 995<br>Minnetonka, MN 55305<br>952.475.2800 |
| robinson@sprlaw.net | Jack D. Robinson, Esq.<br>SPIES, POWERS & ROBINSON, P.C.<br>1660 Lincoln Street, Suite 2220<br>Denver, CO 80264<br>303.830.7090 |

and I hereby certify that there are no non-CM/ECF participants involved in this case.

  s/ Steven E. Napper
Steven E. Napper
UNION PACIFIC RAILROAD COMPANY
1331 Seventeenth Street, Suite 406
Denver, CO 80202
303.964.4579 TEL
303.964.4585 FAX
senapper@up.com

ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY