# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-551-RPM-BNB

---

STEVE A. BOSTWICK,

                        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                        Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

      DATED at Denver, Colorado, this _____ day of _____, 2008

                                              BY THE COURT:

                                              _____
                                              U. S. DISTRICT COURT JUDGE