# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-551-RPM-BNB

_____

STEVE A. BOSTWICK,

                              Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                              Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

DATED at Denver, Colorado, this 17th day of January, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              U. S. DISTRICT COURT JUDGE